IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRIS CONRAD, Husband and Wife; SALLY CONRAD, Husband and Wife; and TAYLOR BISHOP,<br><br>Plaintiffs,<br><br>vs.<br><br>AMNEAL PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS PVT. LTD., and AMNEAL PHARMACEUTICALS LLC,<br><br>Defendants. | **8:22CV11**<br><br>**ORDER** |

    This case is before the Court on Defendant's March 3, 2022, Motion to Dismiss. Filing 18. The Court notes that Plaintiff filed an Amended Complaint on March 31, 2022, Filing 25, and that the magistrate judge has extended to June 1, 2022, Defendant's deadline to answer or otherwise respond to the Amended Complaint, Filing 30. Under these circumstances,

    IT IS ORDERED that Defendant's March 3, 2022, Motion to Dismiss, Filing 18, is denied as moot without prejudice to reassertion on or before June 1, 2022.

    Dated this 27th day of May, 2022.

BY THE COURT:

s/ Brian C. Buescher
United States District Judge